IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

06 JAN 19 PM 2:09

CLERK-ALBUQUERQUE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　)
v. ) No. CV-05-1048 JB/WPL
　　　　　　　　　　　　　　　　　　　)
UNIVERSITY OF PHOENIX, INC., )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants. )
_____)

## CERTIFICATE OF SERVICE OF PLAINTIFF EEOC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES TO DEFENDANT

COMES NOW the Plaintiff, Equal Employment Opportunity Commission, by and through the undersigned counsel, and hereby certifies that on the 18th day of January 2006, Plaintiff Equal Employment Opportunity Commission's First Request For Production Of Documents and First Set Of Interrogatories were sent via First-Class mail to the following counsel of record:

　　　　Snell & Wilmer, L.L.P.
　　　　Jim Mackie, Esq.
　　　　One South Church Ave. Ste. 1500
　　　　Tucson, Arizona 85701
　　　　and
　　　　Matt Mitchell Esq.
　　　　One Arizona Center
　　　　400 East Van Buren
　　　　Phoenix, Arizona 85004-2202



DATED this 18th day of January 2006.

                        Respectfully submitted,

                        MARY JO O'NEILL
                        Regional Attorney

                        C. EMNAUL SMITH
                        Supervisory Trial Attorney

                        EQUAL EMPLOYMENT OPPORTUNITY
                        COMMISSION
                        3300 North Central Avenue
                        Suite 690
                        Phoenix, Arizona 85012

                        */s/ Loretta Medina*
                        LORETTA MEDINA
                        Senior Trial Attorney

                        VERONICA A. MOLINA
                        Trial Attorney

                        EQUAL EMPLOYMENT OPPORTUNITY
                        COMMISSION
                        Albuquerque Area Office
                        505 Marquette NW, Suite 900
                        Albuquerque, New Mexico 87102-2189
                        (505) 248-5230